# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01376-NODJ-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE ANTHONY VILLAREAL, CDCR #BD-4894<br>(ECF No. 26)<br><br>ORDER GRANTING MOTION TO CONTINUE SETTLEMENT CONFERENCE<br>(ECF No. 28)<br><br>**Date:　February 20, 2024**<br>**Time:　11:00 a.m.**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATOR |

　　　A video settlement conference in this matter is currently scheduled on December 18, 2023, at 11:00 a.m. before Magistrate Judge Stanley A. Boone. (ECF No. 25.) On November 20, 2023, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Anthony Villareal, inmate, CDCR #BD-4894, for the December 18, 2023 video settlement conference. (ECF No. 26.)

　　　On December 6, 2023, Defendants filed a motion requesting that the settlement conference be continued by at least thirty days. (ECF No. 28.) Defendants state that they received notice from William Schmidt indicating that he intends to appear as counsel for Plaintiff, but is waiting for a representation contract to be signed and returned by Plaintiff. Defense

1

counsel and Mr. Schmidt agreed that at this stage of the case, a settlement conference may not be productive, and Mr. Schmidt would need additional time to make an appearance and meet with his client.  Defendants therefore request that the settlement conference be moved by at least 30 days, to a date convenient for the Court, to allow Mr. Schmidt additional time to receive all documents from Plaintiff and make an appearance, and for the parties to further meet and confer and discuss attending a potential early settlement conference.  (*Id.*)

Although Plaintiff has not had an opportunity to file a response, the Court finds a response unnecessary.  Furthermore, the Court finds good cause to reschedule the settlement conference. The November 20, 2023 transportation writ for Plaintiff shall be vacated, and a transportation writ for the rescheduled settlement conference will be issued, as necessary, in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The writ of habeas corpus ad testificandum directing the production of Anthony Villareal, inmate, CDCR #BD-4894, issued on November 20, 2023, (ECF No. 26), is VACATED;
2. Defendants' motion to continue the settlement conference, (ECF No. 28), is GRANTED;
3. The video settlement conference will be continued to **February 20, 2024 at 11:00 a.m.**;
4. Counsel for all parties shall contact Courtroom Deputy, Jan Nguyen, at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information; and
5. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Medical Facility.

IT IS SO ORDERED.

Dated:   **December 7, 2023**              /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE