# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:22-cv-01376-NODJ-BAM (PC)<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 30) |

　　　　Plaintiff Anthony Villareal ("Plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Hurtado and Coronado for excessive force in violation of the Eighth Amendment.  A video settlement conference in this matter is currently scheduled on February 20, 2024, at 11:00 a.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 29.)

　　　　On December 12, 2023, Plaintiff filed a substitution of attorney and proposed order to substitute William Schmidt as attorney of record in place of Plaintiff as a *pro se* litigant.  (ECF No. 30.)  The Court HEREBY ORDERS that the request for substitution, (ECF No. 30), is GRANTED.

IT IS SO ORDERED.

　　　Dated:   **December 13, 2023**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1