# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>        Plaintiff,<br><br>    v.<br><br>HERNANDEZ, *et al.*,<br><br>        Defendants. | Case No.  1:22-cv-01376-NODJ-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE ANTHONY VILLAREAL, CDCR #BD-4894<br>(ECF No. 33)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE PURSUANT TO PARTIES' STIPULATION<br>(ECF No. 36)<br><br>**Date:  May 30, 2024**<br>**Time:  10:00 a.m.**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATOR |

       Plaintiff Anthony Villareal ("Plaintiff") is a state prisoner represented by counsel and proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Hurtado and Coronado for excessive force in violation of the Eighth Amendment.

       A video settlement conference in this matter is currently scheduled on February 20, 2024, at 11:00 a.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 29.)  On January 22, 2024, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Anthony Villareal, inmate, CDCR #BD-4894, for the February 20, 2024 video settlement conference.  (ECF No. 33.)

1

On February 1, 2024, the parties filed a stipulation to continue the settlement conference by at least sixty days, to a date convenient to the Court, to allow the parties additional time to receive and review relevant records pertaining to the incident in order to have meaningful settlement discussions.  (ECF No. 36.)

Pursuant to the stipulation of the parties, and good cause having been shown, the settlement conference is continued to **May 30, 2024, at 10:00 a.m.**  The January 22, 2024 transportation writ for Plaintiff shall be vacated, and a transportation writ for the rescheduled settlement conference will be issued in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The writ of habeas corpus ad testificandum directing the production of Anthony Villareal, inmate, CDCR #BD-4894, issued on January 22, 2024, (ECF No. 33), is VACATED;
2. The video settlement conference will be continued to **May 30, 2024 at 11:00 a.m.**;
3. Counsel for all parties shall contact Courtroom Deputy, Jan Nguyen, at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information;
4. The parties shall provide confidential settlement statements, as specified in the Court's October 12, 2023 order, (ECF No. 25), to the following email address: saborders@caed.uscourts.gov, no later than **May 23, 2024**; and
5. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Medical Facility.

IT IS SO ORDERED.

Dated:   **February 2, 2024**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE