# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>    Plaintiff,<br><br>  v.<br><br>HERNANDEZ, *et al.*,<br><br>    Defendants. | Case No.  1:22-cv-01376-NODJ-BAM (PC)<br><br>ORDER ADVANCING SETTLEMENT CONFERENCE PURSUANT TO PARTIES' STIPULATION<br>(ECF No. 39)<br><br>**Date:  May 14, 2024**<br>**Time:  12:00 p.m.**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATOR |

Plaintiff Anthony Villareal ("Plaintiff") is a state prisoner represented by counsel and proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Hurtado and Coronado for excessive force in violation of the Eighth Amendment.

A video settlement conference in this matter is currently scheduled on May 30, 2024, at 10:00 a.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 37.)

On February 6, 2024, Plaintiff filed a notice of unavailability of Plaintiff's counsel from May 24, 2024 to June 17, 2024.  (ECF No. 38.)  The parties also filed a stipulation to advance the settlement conference to May 14, 2024 and notifying the Court that Plaintiff has been transferred to Mule Creek State Prison.  (ECF No. 39.)

Pursuant to the stipulation of the parties, and good cause having been shown, the settlement conference is advanced to **May 14, 2024, at 12:00 p.m.**  A transportation writ for the

1

rescheduled settlement conference will be issued in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The video settlement conference will be advanced to **May 14, 2024 at 12:00 p.m.**;
2. Counsel for all parties shall contact Courtroom Deputy, Jan Nguyen, at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information;
3. The parties shall provide confidential settlement statements, as specified in the Court's October 12, 2023 order, (ECF No. 25), to the following email address: saborders@caed.uscourts.gov, no later than **May 7, 2024**; and
4. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Mule Creek State Prison.

IT IS SO ORDERED.

Dated:   **February 6, 2024**        /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE