# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>        Plaintiff,<br><br>    v.<br><br>HERNANDEZ, *et al.*,<br><br>        Defendants. | Case No.  1:22-cv-01376-KES-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE ANTHONY VILLAREAL, CDCR #BD-4894<br>(ECF No. 43)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>**Date:  May 20, 2024**<br>**Time:  10:30 a.m.**<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATOR |

Plaintiff Anthony Villareal ("Plaintiff") is a state prisoner represented by counsel and proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Hurtado and Coronado for excessive force in violation of the Eighth Amendment.

A video settlement conference in this matter is currently scheduled on May 14, 2024, at 12:00 p.m. before Magistrate Judge Stanley A. Boone.  (ECF No. 40.) On April 15, 2024, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Anthony Villareal, inmate, CDCR #BD-4894, for the May 14, 2024 video settlement conference. (ECF No. 43.)

1

Due to a conflict in the Court's calendar, and pursuant to the agreement of counsel for all parties, the settlement conference is continued to **May 20, 2024, at 10:30 a.m.**  The April 15, 2024 transportation writ for Plaintiff shall be vacated, and a transportation writ for the rescheduled settlement conference will be issued in due course.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

1. The writ of habeas corpus ad testificandum directing the production of Anthony Villareal, inmate, CDCR #BD-4894, issued on April 15, 2024, (ECF No. 43), is VACATED;

2. The video settlement conference is continued to **May 20, 2024 at 10:30 a.m.**;

3. Counsel for all parties shall contact Courtroom Deputy, Jan Nguyen, at (559) 499-5672 or jnguyen@caed.uscourts.gov for the video and dial-in information, including any necessary passcodes, for all parties.  Counsel for Plaintiff is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information;

4. The parties shall provide confidential settlement statements, as specified in the Court's October 12, 2023 order, (ECF No. 25), to the following email address: saborders@caed.uscourts.gov, no later than **May 13, 2024**; and

5. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Medical Facility.

IT IS SO ORDERED.

Dated:   **April 23, 2024**              /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has also been informed that Plaintiff may still be in CDCR custody at the time of the settlement conference.  In an abundance of caution, the Court will issue an amended transportation writ, but if Plaintiff's release date is changed before the rescheduled settlement conference, Plaintiff's counsel remains responsible for ensuring Plaintiff has the appropriate Zoom dial-in information and necessary equipment to appear by video at the settlement conference.