# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D.B. HERNANDEZ, ET al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01376-KES-BAM<br><br>ORDER SETTING CONTINUED SETTLEMENT CONFERENCE<br><br>(ECF No. 50) |

　　　　The Court held a settlement conference in this matter on May 20, 2024.  (ECF No. 50.) The settlement conference was continued to allow Defendants to coordinate a date wherein counsel for CDCR would be available.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The settlement conference is continued to **July 8, 2024 at 9:30 a.m.** via Zoom; and

　　　　2.　　Counsel for CDCR is directed to appear.

IT IS SO ORDERED.

Dated:　__**May 21, 2024**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1