# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>    Plaintiff,<br><br>    v.<br><br>D.B. HERNANDEZ, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01376-KES-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>**THIRTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on July 9, 2024, at which the parties reached a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within **thirty (30)** days of entry of this order.

IT IS SO ORDERED.

Dated:   **July 9, 2024**

UNITED STATES MAGISTRATE JUDGE