# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLAREAL,<br><br>    Plaintiff,<br><br> v.<br><br>HERNANDEZ, *et al.*,<br><br>    Defendants. | Case No. 1:22-cv-01376-KES-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR AN EXTENSION OF TIME TO FILE CASE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 55)<br><br>**FOURTEEN (14) DAY DEADLINE** |

  On July 9, 2024, a settlement conference was held and the parties reached a settlement agreement. (ECF No. 53.) The parties were ordered to file dispositional documents within thirty days. (ECF No. 54.)

  Currently before the Court is the parties' stipulation for an extension of time to file dispositive documents, filed August 7, 2024. (ECF No. 55.) The parties state that due to a delay in receiving necessary paperwork from the California Department of Corrections and Rehabilitation, additional time is necessary to allow both parties to receive all pertinent documents pertaining to this case's settlement prior to the filing of dispositive documents. The parties believe that a 14-day continuance will provide enough time for all documents to be received, signed, and filed. The stipulation is signed by counsel for all parties. (*Id.*)

///

///

Accordingly, pursuant to the stipulation of the parties, (ECF No. 55), and good cause having been shown, the parties shall file dispositive documents within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:  **August 8, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

2